## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jason P. Kollock, | : | |
| Lead Petitioner and | : | |
| All Others Similarly Situated, | : | |
| Petitioners | : | |
| | : | |
| v. | : | No. 24 M.D. 2017 |
| | : | |
| Bruce R. Beemer, Attorney General | : | |
| of the Commonwealth of | : | |
| Pennsylvania John E. Wetzel, | : | |
| Secretary, PA Dept. of Corrections, | : | |
| Shirley Moore-Smeal, Exec. | : | |
| Deputy Sec. PA-DOC Steven Glunt, | : | |
| Deputy Sec. W.D., PA-DOC | : | |
| Theron R. Perez, Esq., Chief | : | |
| Counsel, PA-DOC John E. Tuttle, | : | |
| Acting Chair of the Board, PBPP | : | |
| Alan Robinson, Chief Counsel, | : | |
| PBPP Meghan M. Dade, Exec. Dir. | : | |
| S.O.A.B., PBPP, | : | |
| Respondents | : | |

# **O R D E R**

NOW, January 2, 2018, upon consideration of petitioner's application for reargument *en banc*, and respondents Department of Corrections' and Board of Probation and Parole's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge